**GMAC, Plaintiff—Appellant,**

**and**

**Citifinancial Auto Corporation, Plaintiff,**

**v.**

**Morris Dwayne HORNE; Aaron La Vigne; Amanda La Vigne, Defendants—Appellees,**

**and**

**Amy Lillian Taylor, Defendant.**

**14**

GMAC; Citifinancial Auto Corporation,
Plaintiffs—Appellees,

v.

Morris Dwayne Horne; Aaron La
Vigne; Amanda La Vigne,
Defendants—Appellants,

and

Amy Lillian Taylor, Defendant.

Nos. 08–1848, 08–1850.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2010.

Decided: Sept. 1, 2010.

Katherine M. Sutcliffe Becker, Barkley
Clark, Stinson, Morrison & Hecker, LLP,
Washington, D.C., for GMAC. James Michael Flaherty, Boleman Law Firm, PC,
Richmond, Virginia; Mark Clifton Leffler,
Boleman Law Firm, PC, Virginia Beach,
Virginia, for Morris Dwayne Horne, Aaron
La Vigne, and Amanda La Vigne.

Before WILKINSON, KING, and
GREGORY, Circuit Judges.

Affirmed in part; dismissed in part by
unpublished PER CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

In these consolidated appeals, the parties appeal from the district court's order
affirming in part and reversing in part the
bankruptcy courts' orders finding that a
portion of GMAC's claims in the underlying bankruptcy proceedings are unsecured.
In light of our decision in *In re Price*, 562

F.3d 618 (4th Cir.2009) (holding debtor's
negative equity in a trade-in vehicle included in amount financed created a purchase
money obligation within the meaning of 11
U.S.C. § 1325(a) (2006), we summarily affirm the portion of the district court's order at issue in No. 08–1850). Because the
parties have settled the remaining issues
by filing an amended plan in the bankruptcy court, we dismiss No. 08–1848 as moot.
Accordingly, we deny GMAC's motion to
retain jurisdiction. We dispense with oral
argument because the facts and legal contentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED IN PART; DISMISSED
IN PART.*